UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BUTLER,<br><br>        Plaintiff,<br><br>    v.<br><br>BRENDON D. WOODS, et al.,<br><br>        Defendants. | Case No. 21-cv-00867-VC<br><br>**ORDER TO SHOW CAUSE RE SEALING REQUEST**<br><br>Re: Dkt. No. 74 |

On August 18, 2022, the defendants filed Butler's Sexually Violent Predator clinical evaluations under seal, along with an administrative motion to consider whether another party's materials should be sealed. *See* Dkt. Nos. 74, 77. Under Local Rule 79-5(f)(3), Butler had seven days to file a statement or declaration explaining why the documents should be sealed. Butler failed to respond.

If Butler wants the evaluations to be filed under seal, Butler must file a statement that complies with Local Rule 79-5(f) within 7 days of this order.

    **IT IS SO ORDERED.**

Dated: November 29, 2022

_____
VINCE CHHABRIA
United States District Judge