UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BUTLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRENDON D. WOODS, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00867-VC<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. Nos. 74, 89 |

The motion to seal is granted. Based on the sensitive personal information included in the documents, there are compelling reasons to keep them under seal. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016).

**IT IS SO ORDERED.**

Dated: December 19, 2022

_____
VINCE CHHABRIA
United States District Judge